FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 SEP -6 P 1:49

WILLIAM W. BLEVINS
CLERK

SEALED

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

FELONY

19-00186

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: |
| v. | * | SECTION: SECT. B MAG. 5 |
| BILLY C. PORTER | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(B) |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about April 30, 2019, in the Eastern District of Louisiana, the defendant, **BILLY C. PORTER**, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2

On or about August 6, 2019, in the Eastern District of Louisiana, the defendant, **BILLY C. PORTER**, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 and 2 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **BILLY C. PORTER**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts 1 and 2 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any acts or omissions of the defendants:

    a.) cannot be located upon the exercise of due diligence;

    b.) has been transferred or sold to, or deposited with, a third person;

    c.) has been placed beyond the jurisdiction of the Court;

    d.) has been substantially diminished in value; or

    e.) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property; all in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

F█████████

PETER G. STRASSER
UNITED STATES ATTORNEY

*[signature]*

ANDRÉ JONES
Assistant United States Attorney
Bar Roll No. 23502

New Orleans, Louisiana
September 6, 2019

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

## BILLY C. PORTER

### INDICTMENT
### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS:  21 U.S.C. § 841(a)(1)
             21 U.S.C. § 841(b)(1)(B)

A true bill.

_____
Foreperson

Filed in open court this _____
day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

_____
ANDRE' JONES
Assistant United States Attorney